UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

QUINTON PAUL HANDLON,

    Petitioner,

v.                                                                  Case No: 2:16-cv-813-FtM-29CM

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This matter comes before the Court upon review of Petitioner's Motion for Copies (Doc. 7) filed on November 14, 2016. Petitioner seeks additional copies of the Court's two Orders (Docs. 3, 4). Doc. 7. Petitioner also asks if this case has any hearing date. The record shows that no hearing date has been set in this case.

ACCORDINGLY, it is hereby

**ORDERED:**

Petitioner's Motion for Copies (Doc. 7) is **GRANTED**. The Clerk is directed to mail a copy of the Orders (Doc. 3, 4) to Petitioner.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of December, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:

- 2 -

Counsel of record

Quinton Paul Handlon *pro se*